No. 1160.   PHILLIPS *v.* SECURITIES & EXCHANGE COMMISSION ET AL.   June 3, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Julien Cornell* for petitioner.   *Solicitor General McGrath, Roger S. Foster* and *Arnold R. Ginsburg* for the Securities & Exchange Commission, and *William L. Ransom* for the United Corporation, respondents.

No. 828.   MITCHELL *v.* HUNTER, WARDEN.   June 3, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   Petitioner *pro se.   Solicitor General McGrath, Robert S. Erdahl* and *Andrew F. Oehmann* for respondent.

No. 1093.   CABLE ET AL. *v.* WALKER, POSTMASTER GENERAL.   June 3, 1946.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Jacob W. Friedman* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney* and *Abraham J. Harris* for respondent.

No. 1128.   JOYCE *v.* UNITED STATES.   June 3, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Harold W. Bangert* for petitioner.   *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.